UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY MOE,<br><br>      Plaintiff,<br><br>    v.<br><br>ERIC M. HORVAL, JUSTIN R. HORVAL, CHASE HORVAL, HELLS HEADBANGERS RECORDS, SHADOW KINGDOM RECORDS, AND SUBSIDIARIES,<br><br>      Defendants. | Case No.: 1:25-cv-6951<br><br>**NOTICE OF REMOVAL**<br><br>Removed from: Supreme Court of the State of New York, Kings County, Index No. 520441/2025 |

   PLEASE TAKE NOTICE that Defendant(s) Eric M. Horval, Justin R. Horval, Chase Horval, Hells Headbangers Records, Shadow Kingdom Records, and "Subsidiaries" ("Defendants"), by and through their attorneys, hereby remove to this court the state court action described below pursuant to 28 U.S.C. §1332, 1441, 1446. As grounds for removal, Defendants state as follows:

   1.  This removal involves an action that was filed in the Supreme Court of the State of New York in and for the County of Kings, styled *Mary Moe v. Eric M Horval et al*, Index No. 520441/2025. A true and correct copy of the Amended Complaint filed on August 27, 2025, is attached as Exhibit A. Defendants filed their Answer to the Amended Complaint on September 5, 2025. Defendant Eric Horval was personally served with the Amended Complaint on November 25, 2025, proof of which is attached hereto as Exhibit B. Defendant Justin Horval was personally served with the Amended Complaint on November 26, 2025, proof of which is attached hereto has Exhibit C. No other Defendants have been served with the Amended Complaint. Although service

of the initial Complaint was made on some Defendants, not all Defendants have been served with the initial Complaint as of the date of this filing.

2. The New York Supreme Court action has been sealed in its entirety by that Court, and all parties therein are self-represented.

3. The Amended Complaint asserts claims for Defamation per se (Count I); Intentional Infliction of Emotional Distress (Count II); Publication of Sexually Explicit Images and Unauthorized Use of Likeness (Count III); Abuse of Process (Count IV); Civil Conspiracy to Commit Tortious Acts (Count V); Prima facie Tort (Count VI); Aiding and Abetting Tortious Conduct (Count VII); Harassment and Stalking (Count VIII); Permanent Injunction (Count IX); Negligent Supervision and Negligent Retention (Count X); Public Disclosure of Private Facts (Count XI); and claims under the Gender Motivated Violence Act (Count XII). Plaintiff seeks damages and permanent injunctive relief (or other relief as appropriate).

4. Removal of this action is proper because this is a civil action that falls under the Court's original jurisdiction.

5. Complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. *See* 28 U.S.C. §§ 1332(a), 1441(b).

6. All Defendants join in this removal.

7. Neither service of the initial Complaint nor the Amended Complaint in the action has been made upon all Defendants.

8. This removal is timely under 28 U.S.C. §1446(b), because it has been filed before the expiration of thirty (30) days of the service of the initial summons and complaint. Since Defendants have been served at different times, under 28 U.S.C. §1446(b)(2)(C), all earlier-served Defendants may consent to the removal despite not previously initiating or consenting to removal.

9. Pursuant to 28 U.S.C. §1446(d), Defendants will promptly notify Plaintiff in writing of the filing of this Notice of Removal by filing a Notice of Filing of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, Kings County, for this action. *See* Exhibit D.

10. Pursuant to 28 U.S.C. §1446(a), this Notice of Removal is filed in the District Court for the United States District and Division in which the state court case is pending.

## JURISDICTION AND BASIS FOR REMOVAL

11. Plaintiffs have alleged that Plaintiff is, and was at the time of filing the complaint, a resident of New York. Plaintiff is and was at the time of filing the initial Complaint and Amended Complaint, a resident of New York.

12. At the time this action was commenced and at all times since, Defendant Hells Headbangers Records has been a corporation organized and existing under the laws of Ohio with its principal place of business in Ohio. Therefore, for purposes of 28 U.S.C. 1332 and 28 U.S.C. 1441, Defendant Hells Headbangers Records is a citizen of the State of Ohio. Defendant Shadow Kingdom Records is a trade name of Hells Headbangers Records with separate operations based in the State of Ohio and with a principal office in Pennsylvania. Therefore, for purposes of 28 U.S.C. 1332 and 28 U.S.C. 1441, Defendant Shadow Kingdom Records is a citizen of the State of Ohio and the State of Pennsylvania.

13. At the time this action was commenced and at all times since, all individual Defendants Eric M. Horval, Justin R. Horval, Chase Horval have been residents of the State of Ohio.

14. None of the Defendants are citizens of the State of New York.

15. Therefore, for purposes of 28 U.S.C. §1332 and 28 U.S.C. §1441, Defendants are citizens of the States of Ohio and Pennsylvania.

16. Plaintiff is not a citizen of a state where any of the Defendants have citizenship, and therefore complete diversity exists between the parties.

17. Plaintiff seeks compensatory damages, punitive damages, statutory damages, and injunctive relief in the amount of $10,000,000. *See* Am. Compl. ¶ 269.

18. Therefore, the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

19. Venue is appropriate in this Court because the matter is removed from the Supreme Court of the State of New York in and for the County of Kings.

## NO WAIVER OF DEFENSES

20. In filing this Notice of Removal, Defendants do not waive any defenses that may be available, including, without limitation, personal jurisdiction. Defendants do not admit any of the factual allegations in the Amended Complaint. The Defendants expressly reserve the right to contest those allegations at the appropriate time.

## CONCLUSION

21. For the foregoing reasons, removal is proper and this Court has original jurisdiction over this case.

WHEREFORE, Defendants respectfully request that this action, captioned *Mary Moe v. Eric M Horval et al*, Index No. 520441/2025 and currently pending in the Supreme Court of the State of New York, County of Kings, be removed to this Court, and that the Court grant such other and further relief as it deems necessary and appropriate.

Dated: December 17, 2025
      Brooklyn, NY

Respectfully submitted,

**LEWIS & LIN, LLC**

<u>*/s/ David D. Lin*</u>
David D. Lin, Esq.
77 Sands St., 6th Floor
Brooklyn, NY 11201
David@iLawco.com
Tel: (718) 243-9323

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, the foregoing Notice of Removal, and all exhibits thereto, were filed via this Court's electronic filing system and that copies of same were served upon all parties via the New York State Courts Electronic Filing system.

*/s/ David D. Lin*
David D. Lin, Esq.
77 Sands St., 6th Floor
Brooklyn, NY 11201
David@iLawco.com
Tel: (718) 243-9323

*Attorneys for Defendants*