UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

*** Filed 02:18 AM, 08 Jan, 2026 U.S.D.C., Eastern District of New York ***

| | |
|---|---|
| **Mary Moe** | Case No. 1:25-cv-06951 |
| Plaintiff, | JUDGE: RML |
| Vs. | **PLAINTIFF'S MOTION FOR TEMPORARY SEALING PURSUANT TO FED. R. CIV. P. 5.2** |
| Eric M. Horval, Justin R. Horval, Chase Horval, Hells Headbangers Records, Shadow Kingdom Records, And Subsidiaries, | |
| Defendants | |

PLEASE TAKE NOTICE that Plaintiff respectfully moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 5.2, permitting Plaintiff to proceed under pseudonym and directing the sealing or redaction of filings containing Plaintiff's identifying information, pending resolution of Plaintiff's Motion to Remand.

Dated: **January 8, 2026**

Brooklyn, New York

                                                                            Respectfully submitted,

                                                                            /s/ *Mary Moe*

                                                                            Mary Moe
                                                                            Plaintiff, pro se
                                                                            *Address Confidentiality*
                                                                            Kings Family Court, NY File # 327053
                                                                            *Pseudonym Order*
                                                                            Kings Supreme Civil, NY Index # 520441/2025

# INTRODUCTION

This action was removed to this Court from the Supreme Court of the State of New York, Kings County. Prior to removal, New York state courts entered multiple confidentiality and protection orders based on judicial findings concerning safety and risk to Plaintiff.

Plaintiff does not seek to relitigate those findings in this Court. Plaintiff seeks only the temporary continuation of existing confidentiality protections, consistent with Fed. R. Civ. P. 5.2, while this Court determines whether it has subject-matter jurisdiction.

## I. PRIOR STATE-COURT ORDERS (ALREADY FILED AS EXHIBITS)

1. **Kings County Family Court — Justice Sandra Muñoz**

   The Honorable Justice Sandra Muñoz entered Orders of Protection and an Address Confidentiality Order in Plaintiff's favor. These orders restrict disclosure of Plaintiff's identity, address, and other personal identifying information. These orders have been filed on this Court's docket as **Exhibits 1, 1A, and 1B**.

2. **Kings County Supreme Court — Justice Aaron Maslow**

   The Honorable Justice Aaron Maslow granted Plaintiff leave to proceed under pseudonym and ordered the state-court action sealed, following briefing and judicial findings regarding safety and the need for confidentiality. The relevant state-court orders and procedural rulings have been filed on this Court's docket as **Exhibits 2 through 4** and part of Plaintiff's exhibits in support of remand, including These orders remain in effect and were entered prior to removal.

## II. BASIS FOR RELIEF UNDER FED. R. CIV. P. 5.2

Federal Rule of Civil Procedure 5.2 governs the protection of personal identifying information in court filings and authorizes courts to require redaction, sealing, or other appropriate safeguards to protect litigants where disclosure would create risk.

### III. NARROWLY TAILORED REQUEST

Pending resolution of Plaintiff's Motion to Remand, Plaintiff respectfully requests that the Court:

3. Permit Plaintiff to proceed under the pseudonym "Mary Moe";

4. Direct that filings containing Plaintiff's name, address, or other identifying or location information be filed under seal or in redacted form, consistent with Rule 5.2;

5. Maintain the confidentiality protections previously ordered by Justice Muñoz and Justice Maslow during the pendency of removal proceedings.

### IV. CONCLUSION

Where New York courts have already entered confidentiality and protection orders, and where this Court's jurisdiction has not yet been determined, temporary continuation of those protections under Fed. R. Civ. P. 5.2 is appropriate and necessary.

Plaintiff respectfully requests that the Court grant this Motion.

Dated: **January 8, 2026**
Brooklyn, New York

Respectfully submitted,

/s/ *Mary Moe*

Mary Moe
Plaintiff, pro se
*Address Confidentiality*

3

Kings Family Court, NY File # 327053
*Pseudonym Order*
Kings Supreme Civil, NY Index # 520441/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 8, 2026**, the foregoing Plaintiff's **Motion for Temporary Sealing Pursuant to Fed R. Civ. P. 5.2**, and all exhibits thereto, were filed via this Court's electronic filing system and that copies of same were served upon all parties via the Eastern District of New York Courts Electronic Filing system.

/s/ *Mary Moe*

Mary Moe
Plaintiff, pro se
*Address Confidentiality*
Kings Family Court, NY File # 327053
*Pseudonym Order*
Kings Supreme Civil, NY Index # 520441/2025

4