archive.today
webpage capture

Saved from    https://www.metalsucks.net/2017/10/20/shit-that-comes-out-today-october-20    search
no other snapshots from this url

Redirected from    https://www.metalsucks.net/2022/03/04/hells-headbangers-co-owner-eric-ho
no other snapshots from this url

All snapshots    from host www.metalsucks.net

*** Filed ***
11:36 PM, 07 Jan, 2026
U.S.D.C., Eastern District of New York

| Webpage | Screenshot |
| --- | --- |

share    download    abuse    Buy me a coffee

**MS**    f    twitter    youtube    instagram    t    cloud    rss

*HUMMING POWERMAN 5000 ON THE TOILET SINCE 2006*

NEWS     EDITORIALS     VIDEOS     TOURS     PLAYLISTS     REVIEWS     NEWSLETTER     STORE



NEWS

# Hells Headbangers Co-Owner Eric Horval Accused of Rape and Abuse, Brother and Co-Owner Justin Horval Says, "There's Zero Truth To It Whatsoever"

**MARCH 4TH, 2022 AT 9:50AM**    BY    **EMPEROR RHOMBUS**    💬 0

Eric Horval, co-owner of metal label and distro site Hells Headbangers, has been accused of rape and abuse by a woman named Melissa Haus, who is apparently his ex-fiancé. In response to this, Justin Horval, Eric's brother and co-owner of Hells Headbangers, has posted a video claiming that these accusations are false and slanderous.

In her post from February 26th which can be found below, Melissa Haus wrote a series of claims against Eric, including physical and psychological

**MS** NEWSLETTER

Sign up to receive the latest news, rumors and updates from Metal Sucks and The Orchard Metal Newsletter.

First Name

Your Email Address

City

Select Country

Select State

Postal Code

Subscribe

PODCAST

ARCH ENEMY'S MICHAEL AMOTT ON THE METALSUCKS PODCAST #580

It's the final episode...

READ MORE ➔

abuse. Melissa also posted images which she claims are of a written testimony from her son, who says he was attacked by Eric Horval.

Prime Sound

You can read the whole statement below, but here are some specific moments:

> "In March 2021, Eric Horval physically attacked my disabled son…below is Johann's statement in his own words. He functions about 4-5 years below his age. He did not deserve this & I failed to protect him. I froze, told my son to leave the room and told Eric to hit me instead 🫠 I didn't tell the police what I saw. I was scared and still think no one will believe us…
>
> "…i had a breakdown from what I found. I was shaking and crying. I was distraught..Scared. That night on July 10, 2021, he pinned me down and raped me and did something horrible I cant say. I pushed it from my mind to keep my job. He fled the house the following day, stealing my drivers license & ransacking the house…I described the incident in detail to a select few "friends" and a crisis center. I went to the hospital in distress when I realized what had happened. They did not perform a rape kit although my heart rate was 145 and I had back pain. I was discharged and given a referral to an obgyn. They had no openings until Dec 8. I went. They found something in my body 🫠 I know now it's called "intimate partner rape" and I'm scared to go to the police after they dismissed my son. 2 of their uncles are cops here."

In response to this, Justin Horval, Eric's brother and business partner, has posted a YouTube video titled, 'Wild and Slanderous Hells Headbangers accusations addressed with straight facts by J-dawg!' The video claims that Melissa's claims are false and defamatory. He says that her claims are easily disproved, and that they have hired an attorney to deal with this matter.

Here is a transcription of some of Justin's response:

> "Eric is my brother, he owns Hells Headbangers with me and Chase [Horval]. His ex-fiancé, they broke up approximately seven months ago…she's making accusations of him of criminal activity. Being abused, things of that nature. That

> *he abused her, that he abused her son. And I can tell you guys, without a shadow of a doubt [sic], that these are 100% false. There's zero truth to it whatsoever.*
>
> *"And I'm not just being biased because he's my brother, I know this to be 100% fact. And not only do I know it for a fact knowing him my whole life, and I've known her now for six years, and she's definitely shown her character — with multiple things, she's been scandalous with other people, that is known and provable…she's kind of known for doing this kind of shit. So actually, this didn't come as too big of a shock, when this post came out, but I didn't think even her would've sunk this low."*

Justin says that as recently as last Halloween, Melissa and her son had been happily spending time with the Horval family.

Justin also confronts the accusations that Eric abused her son:

> *"First of all, he's technically not a child, he's actually 18 years old. Now,. he does have a mental disability, but there was no abuse. That's completely false. I'm not going to get into all the details, but that's not true. Long story short, he was basically a teenager acting out at the time, and he needed to be restrained. And actually, she praised Eric up and down the next day. Thought he did a really good job of handling the situation."*

Obviously, these are incredibly serious accusations, and we'll have to see what comes of this case. Until then, we don't actually know.

You can read Melissa's statement below, and then watch Justin's video after it. More as we know it.

---

**This Facebook post is no longer available. It may have been removed or the privacy settings of the post may have changed.**

Hulpsentrum

https://www.youtube.com/watch?v=Y21NL9kdXJk

NEWS    EDITORIALS    VIDEOS    TOURS    PLAYLISTS    REVIEWS    NEWSLETTER    STORE

# EXHIBIT 1-D W/ COMMENTS



NEWS

## Hells Headbangers Co-Owner Eric Horval Accused of Rape and Abuse, Brother and Co-Owner Justin Horval Says, "There's Zero Truth To It Whatsoever"

MARCH 4TH, 2022 AT 9:50AM   BY   **EMPEROR RHOMBUS**

Eric Horval, co-owner of metal label and distro site Hells Headbangers, has been accused of rape and abuse by a woman named ████████ who is apparently his ex-fiancé. In response to this, Justin Horval, Eric's brother and co-owner of Hells Headbangers, has posted a video claiming that these accusations are false and slanderous.

In her post from February 26th which can be found below, ████████ wrote a series of claims against Eric, including physical and psychological abuse. ██████ also posted images which she claims are of a written testimony from her son, who says he was attacked by Eric Horval.

You can read the whole statement below, but here are some specific moments:

> "In March 2021, Eric Horval physically attacked my disabled son…below is ████████ statement in his own words. He functions about 4-5 years below his age. He did not deserve this & I failed to protect him. I froze, told my son to leave the room and told Eric to hit me instead 🧍 I didn't tell the police what I saw. I was scared and still think no one will believe us…

> "…i had a breakdown from what I found. I was shaking and crying. I was distraught. Scared. That night on July 10, 2021, he pinned me down and raped me and



19

 SHARE  -  Tweet  SHARE 

> house the following day, stealing my drivers license & ransacking the house…I
> described the incident in detail to a select few "friends" and a crisis center. I went to the
> hospital in distress when I realized what had happened. They did not perform a rape
> kit although my heart rate was 145 and I had back pain. I was discharged and given a
> referral to an obgyn. They had no openings until Dec 8. I went. They found something in
> my body 😳 I know now it's called "intimate partner rape" and I'm scared to go to the
> police after they dismissed my son. 2 of their uncles are cops here."

In response to this, Justin Horval, Eric's brother and business partner, has posted a YouTube video titled, 'Wild and Slanderous Hells Headbangers accusations addressed with straight facts by J-dawg!' The video claims that ███████ claims are false and defamatory. He says that her claims are easily disproved, and that they have hired an attorney to deal with this matter.

Here is a transcription of some of Justin's response:

> "Eric is my brother, he owns Hells Headbangers with me and Chase [Horval]. His ex-
> fiancé, they broke up approximately seven months ago…she's making accusations of
> him of criminal activity. Being abused, things of that nature. That he abused her, that
> he abused her son. And I can tell you guys, without a shadow of a doubt [sic], that
> these are 100% false. There's zero truth to it whatsoever.
>
> "And I'm not just being biased because he's my brother, I know this to be 100% fact.
> And not only do I know it for a fact knowing him my whole life, and I've known her now
> for six years, and she's definitely shown her character — with multiple things, she's
> been scandalous with other people, that is known and provable…she's kind of known
> for doing this kind of shit. So actually, this didn't come as too big of a shock, when this
> post came out, but I didn't think even her would've sunk this low."

Justin says that as recently as last Halloween, ███████████ had been happily spending time with the Horval family.

Justin also confronts the accusations that Eric abused her son:

> "First of all, he's technically not a child, he's actually 18 years old. Now,. he does have a
> mental disability, but there was no abuse. That's completely false. I'm not going to get
> into all the details, but that's not true. Long story short, he was basically a teenager
> acting out at the time, and he needed to be restrained. And actually, she praised Eric
> up and down the next day. Thought he did a really good job of handling the situation."

Obviously, these are incredibly serious accusations, and we'll have to see what comes of this case. Until then, we don't actually know.

You can read ███████ statement below, and then watch Justin's video after it. More as we know it.

  SHARE   ·  Tweet  SHARE





Feedba...

Hide



TAGS: **ERIC HORVAL, HELLS HEADBANGERS, JUSTIN HORVAL**

## Sponsored Links from Across the Internet

Show Comments

**Nick Pierce Breaks Silence on As I Lay...**

RedLobster

Thought you guys too were done with the...

🔥 Top Comment  👍 13

**Thin Lizzy's Scott Gorham Joins The...**

Raina

I get paid over $220 per hour working from ho...

🔥 Top Comment  👍 1

**The Gathering Vocalist Silje...**

Raina

I get paid over $220 per hour working from ho...

🔥 Top Comment  👍 1

**Geezer Using A...**

Ra...

I get paid ... hour wor...

🔥 Top Co...

## Conversation  21 Comments

Your voice matters. Conversations are moderated for civility. Read our guidelines here.

**Mary**                    🔔  ⚙️

M    What do you think?    😊  📷  GIF

Sort by Best ⌄

EE   **Eazy E**
     15 March, 2022
     HHR did another video and shared police reports. She was arrested... where is the update?
     Reply  •  👍 21  👎 2  •  Share

KP   **Kevin P.**
     4 March, 2022

 SHARE   f  -   Tweet   SHARE

💬 19 ⌄

🔍

Feedba

Hide

**MU**  **Myrah UK**
5 March, 2022

It's twisted that she would use her child to attack a business' and man's reputation. If any of this information was true wouldn't she have taken it to the authorities  instead of social media a year later? In the response video, the brother says that she was the abuser and has received domestic vi...**See more**

Reply  •  👍 18  👎 9  •  Share

↳ 1 reply

**C**  **Concerned**
3 May, 2022

I have encountered ███████ years ago and she was a very terrible person and not to be trusted. I feel sorry for her son. She ripped me off to be frank.

Reply  •  👍 18  👎  •  Share

↳ 1 reply

**G**  **Guy**
4 March, 2022

He said/she said at this point, we'll have to wait and see how things unfold as evidence unfolds, rather it's in a court room or just over the internet.

Reply  •  👍 2  👎  •  Share

**G**  **GreenToast**
4 March, 2022

After watching J-dawg's video explanation, she sounds like she needs some serious therapy for mental issues. Hope she gets the help she needs and hope Eric can move on from this.  *(Edited)*

Reply  •  👍 25  👎 7  •  Share

↳ 1 reply

**R**  **RobHalfordsPlug**
22 May, 2023

Every time metal sucks posts a smear article about hells headbangers I go spend $100 on vinyl at hells headbangers. Thanks metal sucks I needed some new digs.

Reply  •  👍 20  👎  •  Share

**C**  **Concerned**
4 May, 2022

To Continue: ███████s only looking for MONEY!!! Can't believe any sane dude would want to get involved with this NUTJOB. 10 minutes with this loser███████and your skin crawls!! She moves around the country looking for someone to sink her fangs into- smelling where the money is. Am clearly certa...**See more**

Reply  •  👍 14  👎  •  Share

**K**  **KG**
14 May, 2022

Taking notes from Jodi Arias and Amber Heard.

Reply  •  👍 6  👎  •  Share

**DA**  **Deez Acornz**
5 March, 2022

Always sketchy to me when someone posts all of this shit online. If they did it, report it to the police. Posting it online just screams attention-whore and makes her less credible.

Reply  •  👍 14  👎 5  •  Share

**H**  **Hellohello**
16 March, 2022

💬 19 ↓

**MS**  SHARE  f  -  🐦 Tweet  +  SHARE  🔍

site does that and more so why would you accommodate someone so shitty yet try to get this garbage out in the op...**See more**

Reply  •  👍 6  👎 1  •  Share

---

**ModtoidMan**
5 March, 2022

Glad to see all the armchair lawyers and social experts jumped in the comments on this one.

Reply  •  👍 6  👎 23  •  Share

---

H  **H**
28 October, 2022

Her facebook page is quite explicit https://www.facebook.com/photo?fbid=611903030640357&set=a.137541778076487

Reply  •  👍 1  👎  •  Share

---

R  **RHOMBUSBERG!!!**
5 March, 2022

RHOMBUSBERG!!! I can't BELIEVE you've brought even more shame and disgrace to MetalSucks!!! These idiotic articles look like they were written by you just slamming your face into the keyboard!!! Axlberg and I wrote awful, self indulgent drivel and we were dubbed "The enemies of metal"!!! But this...**See more**

Reply  •  👍 5  👎 2  •  Share

---

S  **Spewtoidman**
9 March, 2022

Pathetic even for MS.

Reply  •  👍 3  👎  •  Share

---

M  **MetalCucks**
5 September, 2023

Seems like fake news. Trump won.

Reply  •  👍 2  👎 3  •  Share

---

G  **Gofyourself**
25 May, 2024

Metal sucks is a bunch of losers.  Why you feel the need to post garbage like this is beyond me.

Reply  •  👍 1  👎  •  Share

---

Powered by ○ OpenWeb                    Terms  |  Privacy  |  Feedback

**NEW STUFF**

# Acid Witch Invite You To A Blood Feast at "Mutilation Mansion"

OCTOBER 20TH, 2017 AT 9:59AM   BY **EMPEROR RHOMBUS**

💬 19 ↓

**M5**  SHARE  f  -   🐦 Tweet   + SHARE                    🔍

# EXHIBIT 1D

(https://shop-hellsheadbangers.com/eskhaton-horracle-vinyl.asp)     (https://shop-hellsheadbangers.com/default.asp)



(https://shop-hellsheadbangers.com/10-LPs-125.asp)

(https://shop-hellsheadbangers.com/10-tapes-for-75.asp)

(https://shop-hellsheadbangers.com/10-CDs-for-50.asp)

(https://shop-hellsheadbangers.com/5-HHR-LP-75.asp)

Back to Previous Page (https://shop-hellsheadbangers.com/searchAdvanced.asp?search=-girlie&Search.x=0&Search.y=0)





### NUNSLAUGHTER - Rotten Cunt (T-Shirt -OR- Girlie)
*United States | Devil Metal Death*

 (http://shop-hellsheadbangers.com/insurance.asp) (http://shop-hellsheadbangers.com/feedback.asp)

**SKU:**08TSM21050501-sz9
In Stock:  Yes

**LABEL :**  Hells Headbangers (releases-records.asp)
**YEAR :**  2021
**View All :** NUNSLAUGHTER (nunslaughter-news.asp) **products**

**Our Price:**$21.99

**Size:**
[ SMALL - Regular GIRLIE ]

[ 1 ]

[ ADD TO CART ]     [ Add to Wish List ]

| Description | Reviews |

- Print Location: Front, Back
- Shirt Brand: Gildan - Heavy Cotton
- Pre-Shrunk
- VIEW SIZE CHART (https://shop-hellsheadbangers.com/gildan.asp)
New official NUNSLAUGHTER design for 2021! High quality print on a black t-shirt. All sizes available - sold exclusively through HHR mailorder!

Printed with water-based inks resulting in a soft-to-the-hand feel without sacrificing the fine details of the artwork. The print is almost as soft as the garment itself and won't crack overtime. Washing is recommended before wearing due to the ink chemical treatment.

Recommend this Item to a Friend (https://shop-hellsheadbangers.com/friend-mail.asp?pgpID=30918)

Product Feedback (https://shop-hellsheadbangers.com/product_feedback.asp?type=2&lngItemID=30918)



| RECENTLY VIEWED ITEMS |

SUGGESTED

NAKED WHIPPER

(https://shop-hellsheadbangers.com/item.asp?pid=102950)

FORTERESSE

(https://shop-hellsheadbangers.com/forteresse-les-hivers-de-notre-epoque.asp)

CRUCIAMENTUM
(https://shop-hellsheadbangers.com/item-group.asp?pgpid=32327)



