# EXHIBIT 11

*** Filed ***
12:04 AM, 08 Jan, 2026
U.S.D.C., Eastern District of New York

## COMMONWEALTH OF PENNSYLVANIA

## DEPARTMENT OF STATE

### December 30, 2025

### TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

I DO HEREBY CERTIFY, That from an examination of the indices and Records of this Department, fails to disclose a presently subsisting either Foreign or Domestic filing Association, Limited Liability Partnership, or a registration under the provisions of the Fictitious Names Act bearing the title, Hells Headbangers Records, Inc.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written

**Albert Schmidt**
Secretary of the Commonwealth

archive.today
webpage capture

Saved from | https://shop-hellsheadbangers.com/mortician.asp |

no other snapshots from this url

All snapshots from host shop-hellsheadbangers.com

[ search ]

6 Jan 2026 22:06:00 UTC

Webpage | Screenshot

share    download .zip    report bug or abuse    Buy me a coffee

Search BAND or ALBUM

0



Back to Previous Page



## MORTICIAN
*United States | Death/Grind*

Recommend this Item to a Friend

Product Feedback

**Average Rating:** ★★★★★ 5.0  based on 1 Customer Reviews

Write a Review

Review On Jun 12, 2007 by swamp rot of Chesapeake, VA

Rating:      ★★★★★ based on 0 Customer Reviews
Title:       Hail Mortican
Comments:    buy this cd or hang yourself. the Cremated cover will make you shit your
             pants.

             fuck you all :)



| ALSO CHECK OUT |

MORTICIAN - Darkest Day Of Horror (12" Gatefold LP)
*United States | Death/Grind*

$16.66 - $50.00        View



SUGGESTED
WINTERSPELLS

CLANDESTINE BLAZE

ABHORER

MORTICIAN - Domain Of Death (12" Gatefold LP)
*United States | Death/Grind*

$16.66 - $35.00          View



MORTICIAN - Final Bloodbath Session (12" LP)
*United States | Death/Grind*

$15.55          View



MORTICIAN - Hacked Up For Barbecue (12" Gatefold DOUBLE LP)
*United States | Death/Grind*

$18.88 - $28.88          View



MORTICIAN - Zombie Massacre Live (12" Gatefold DOUBLE LP)
*United States | Death/Grind*

$18.88 - $30.00          View



MORTICIAN - Bloody Logo (T-Shirt)
*United States | Death/Grind*

$23.99 - $27.99          View



MORTICIAN - Brutally Mutilated (T-Shirt -OR- Girlie)
*United States | Death/Grind*

$21.99 - $24.99          View



MORTICIAN - Brutally Mutilated (WHITE T-Shirt)
*United States | Death/Grind*

$23.99 - $27.99          View



MORTICIAN - Chainsaw Dismemberment (Retro Version) (T-Shirt)
*United States | Death/Grind*

$23.99 - $27.99          View



MORTICIAN - Chainsaw Dismemberment (T-Shirt -OR- Girlie)
*United States | Death/Grind*

$21.99 - $24.99          View



MORTICIAN - Darkest Day Of Horror (T-Shirt -OR- Girlie)
*United States | Death/Grind*

$21.99 - $24.99          View



MORTICIAN - Defiler Of The Dead (BLACK JOGGER SWEAT PANTS)
*United States | Death/Grind*

$39.99 - $42.99          View



MORTICIAN - Domain Of Death (T-Shirt -OR- Girlie)
*United States | Death/Grind*

$21.99 - $24.99          View



MORTICIAN - Hacked Up For Barbecue (Retro Version) (T-Shirt)
*United States | Death/Grind*

$23.99 - $27.99          View



MORTICIAN - Hacked Up For Barbecue (T-Shirt -OR- Girlie)
*United States | Death/Grind*

$21.99 - $24.99          View

| | | | |
|---|---|---|---|
|  | **MORTICIAN - House By The Cemetery (T-Shirt -OR- Girlie)**<br>*United States | Death/Grind* | $21.99 - $24.99 | View |
|  | **MORTICIAN - Mortal Massacre (The Tall Man) (T-Shirt)**<br>*United States | Death/Grind* | $23.99 - $27.99 | View |
|  | **MORTICIAN - Re-Animated Dead Flesh (T-Shirt -OR- Girlie)**<br>*United States | Death/Grind* | $21.99 - $24.99 | View |
|  | **MORTICIAN - Zombie Apocalypse (Full Color) (T-Shirt)**<br>*United States | Death/Grind* | $23.99 - $27.99 | View |
|  | **MORTICIAN - Zombie Apocalypse (Original Cover) (T-Shirt -OR- Girlie)**<br>*United States | Death/Grind* | $21.99 - $24.99 | View |
|  | **MORTICIAN - Chainsaw Dismemberment (Turntable SLIPMAT)**<br>*United States | Death/Grind* | $13.99 | View |
|  | **MORTICIAN - Defiler Of The Dead (House By The Cemetery) (Turntable SLIPMAT)**<br>*United States | Death/Grind* | $13.99 | View |
|  | **MORTICIAN - Hacked Up For Barbecue (Turntable SLIPMAT)**<br>*United States | Death/Grind* | $13.99 | View |
|  | **MORTICIAN - House By The Cemetery (Turntable SLIPMAT)**<br>*United States | Death/Grind* | $13.99 | View |
|  | **MORTICIAN - Zombie Apocalypse (Turntable SLIPMAT)**<br>*United States | Death/Grind* | $13.99 | View |
|  | **MORTICIAN - Brutally Mutilated (White OG Design) (BANNER)**<br>*United States | Death/Grind* | $19.99 | View |
|  | **MORTICIAN - Classic 90s Logo (BANNER)**<br>*United States | Death/Grind* | $19.99 | View |
|  | **MORTICIAN - Mortal Massacre (Tall Man) (BANNER)**<br>*United States | Death/Grind* | $19.99 | View |
|  | **MORTICIAN - Slice/Defiler Of The Dead (BANNER)**<br>*United States | Death/Grind* | $19.99 | View |
|  | **MORTICIAN - Zombie Apocalypse (BANNER - OG Cover)**<br>*United States | Death/Grind* | $19.99 | View |

## EXCLUSIVE IMPORTS

    

• **Log In**
• Mailing List
• Gift Certificates
• Payment Options
• Tours
• **Mobile Site**

• Contact Us
• Help Wizard
• Order Status
• Order History
• Returns

• Seller Feedback
• About Us
• Privacy & Security
• Cookies Policy

• Facebook
• Instagram
• Twitter
• YouTube
• Bandcamp

## WHEN YOU NEED METAL... GO TO HELL!!

OVER 50,000 ITEMS IN STOCK • FAST • CHEAP • WELL PACKED

© 2000-2025 Hells Headbangers Records, USA

archive.today
webpage capture

Saved from | https://web.archive.org/web/20251227185837/https://hellsheadbangers.band | search
no other snapshots from this url

Original | https://hellsheadbangers.bandcamp.com/

6 Jan 2026 22:21:21 UTC

27 Dec 2025 18:58:37 UTC

All snapshots from host archive.org
from host hellsheadbangers.bandcamp.com

share    download .zip    report bug or abuse    Buy me a coffee

| Webpage | Screenshot |



ARTISTS | MUSIC | MERCH | DISTRO | VIDEOS | TOURS



**MORTICIAN**
Yonkers, New York



**EVIL DAMN**
Peru



**WINTER ETERNAL**
Greece



**BESTIAL WARLUST**
Melbourne, Australia



**ROTTING**
Ontario



**DESECRATION**
Newport, UK



**BURIAL**
Westfield, Massachusetts



**ABOMINATOR**
Melbourne, Australia



**BLOOD STORM**
Philadelphia, Pennsylvania

**HELLS HEADBANGERS Records & Distribution**
Ohio

Follow

hellsheadbangers.com
Facebook
Twitter
Instagram
YouTube

contact / help

Contact HELLS HEADBANGERS Records & Distribution

Streaming and Download help

Shipping and returns

Redeem code

Report this account

archive.today
webpage capture

Saved from  https://web.archive.org/web/20211205015256/https://shop-hellsheadbangers    search

no other snapshots from this url

Original  https://shop-hellsheadbangers.com/mortician-hacked-up-for-barbeque-vinyl-a

no other snapshots from this url

All snapshots  from host  archive.org
from host  shop-hellsheadbangers.com

6 Jan 2026 22:10:27 UTC

5 Dec 2021 01:52:56 UTC

**Webpage**    Screenshot

share    download .zip    report bug or abuse    Buy me a coffee

Search BAND or ALBUM    0

Back to Previous Page

**MORTICIAN - Hacked Up For Barbecue (12" Gatefold DOUBLE LP)**

*United States | Death/Grind*

**$3 HASSLE FREE INSURANCE**  🚚 *SELLER FEEDBACK*

Price Range: *$18.88 - $28.88*

**Vinyl Color:**

SELECT COLOR ▾

**SELECT AN OPTION**    Add to Wish List

roll on to zoom in    view larger

**SUGGESTED**

MALIGNMENT

MYTHIC

LORD BELIAL

---

Description    Reviews

OUT NOW ON HELLS HEADBANGERS! Comes in a gatefold cover with a large 18"x24" poster of the album artwork. Pressed on colored vinyl (LP1 on blue vinyl, LP2 on oxblood vinyl) and 111 copies on picture disc in gatefold cover with poster (exclusively sold through HHR mailorder)!

The cult classic now back on vinyl! Originally released on vinyl in 2004 by Hells Headbangers and on CD in 1996 by Relapse Records, the "Hacked Up for Barbecue" era is widely considered by Mortician fans as the apex of the bands' recording and touring career.

Hacked Up for Barbecue    buy    share
by MORTICIAN

▶    1. Bloodcraving    00:00 / 05:14

◀◀    ▶▶









# COMMONWEALTH OF PENNSYLVANIA

## DEPARTMENT OF STATE

### December 30, 2025

**TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:**

**I DO HEREBY CERTIFY, That from an examination of the indices and Records of this Department, fails to disclose a presently subsisting either Foreign or Domestic filing Association, Limited Liability Partnership, or a registration under the provisions of the Fictitious Names Act bearing the title, Shadow Kingdom Records**



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my office to be affixed, the day and year above written

**Albert Schmidt**
Secretary of the Commonwealth

archive.today
webpage capture

Saved from    https://www.shadowkingdomrecords.com/contact-info.asp    search
no other snapshots from this url
All snapshots   from host www.shadowkingdomrecords.com

4 Jan 2026 11:29:45 UTC

Webpage    Screenshot

share    download .zip    report bug or abuse    Buy me a coffee



My Cart (0 Item)

Keyword or Item #

Wish List | View cart & checkout | Login

FREE U.S.A. SHIPPING ON ORDERS OVER $48.99 OR JUST $5.99 FLAT RATE!

CHEAPEST INTERNATIONAL SHIPPING THROUGH: DHL

NEW ARRIVALS    CD'S    VINYL    CASSETTES    CLOTHING    DVDS    ZINES    MISC.    BANDS    LABELS    ABOUT SKR    CONTACT

Shadow Kingdom is a Pittsburgh, PA (USA) based record label. Our shipping center is located in Ohio at:

Shadow Kingdom Records
708 Marks Rd. Suite# 401
Valley City, OH 44280
USA

## Questions, Comments, Concerns:

**The best way to contact us for all matters is here: ***

○ Orders
○ Product Distribution (trades/wholesale)
○ General Feedback/Comments
○ Press/Publicity
○ Band Submission

**Question / Comment / Feedback:**

**Security code**

40388

**Enter code ***

SUBMIT



Shadow Kingdom Records © 2004-2025

# EXHIBIT 12 - B

## JON HUSTED
### OHIO SECRETARY OF STATE

180 East Broad Street, 16th Floor | Columbus, Ohio 43215
Tel: (877) 767-6446 | Fax: (614) 644-0649 | *www.OhioSecretaryofState.gov*

**HELLS HEADBANGERS RECORDS, INC**
**708 MARKS RD.**
**STE. 101**
**VALLEY CITY, OH 44256**

-----------------------------------------------cut along dotted line-----------------------------------------------



## *The State of Ohio*
### 🙢 *Certificate* 🙢

### *Secretary of State - Jon Husted*

## *2249539*

*It is hereby certified that the Secretary of State of Ohio has custody of the business records for SHADOW KINGDOM RECORDS and that said business records show the recording of:*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**CANCELLATION**
**CANCELLED BY OPERATION OF LAW**

---

| United States of America | Witness my hand and the seal of the Secretary of |
|---|---|
| State of Ohio | State at Columbus, Ohio, This 3rd day of |
| Office of the Secretary of State | December A.D. 2018 |



Jon Husted
Secretary of State

# EXHIBIT 12-C

archive.today
webpage capture

Saved from https://www.shadowkingdomrecords.com/item.asp?PID=62028

[search]

no other snapshots from this url

All snapshots   from host www.shadowkingdomrecords.com

4 Jan 2026 11:31:56 UTC

| Webpage | Screenshot |

☁ share   ⬇ download .zip   💡 report bug or abuse   ☕ Buy me a coffee



My Cart (0 Item)

[ Keyword or Item # ]

Wish List | View cart & checkout | Login

FREE U.S.A. SHIPPING ON ORDERS OVER $48.99 OR JUST $5.99 FLAT RATE!

CHEAPEST INTERNATIONAL SHIPPING THROUGH: DHL

 

| NEW ARRIVALS | CD'S | VINYL | CASSETTES | CLOTHING | DVDS | ZINES | MISC. | BANDS | LABELS | ABOUT SKR | CONTACT |

 

Back to Previous Page



## MORTICIAN "Demo #1" [12" Picture LP]

*1990 - Death/Grind from United States*
Stock:  Yes

Record Label :        **Hells Headbangers**
More From :           **MORTICIAN**
Original Year :       **1990**

Price:  $19.99
Qty:  [ 1 ]

⟲ roll on to zoom in   🔍 view larger

☆☆☆☆☆   0.0   based on 0 Customer Reviews
Be the first to Write a Review

Sign Up to see what your friends like.

Detailed Description

HELLS HEADBANGERS is proud to reissue MORTICIAN's *Demo #1 '90* on 12" picture disc vinyl format in deluxe plastic sleeve with flap.

MORTICIAN are legendary, and there's no disputing that fact. HELLS HEADBANGERS have worked with the goregrinding duo on vinyl reissues of nearly all of the band's main releases, both album and short-length, and ally with them again for a reissue of their *Demo #1 '90*.

MORTICIAN's first official demo after a super-rare rehearsal tape the previous year, this 1990 document kicked off the then-trio's dominance of the death metal underground. Back then, the band had in their ranks drummer Matt Sicher, who'd unfortunately die in 1994; thereafter, MORTICIAN utilized drum-programming since, in their eyes, no drummer could compete with Sicher. And while that drum-programming soon became a signature element as much as Will Rahmer's ultra-guttural vocals and Robert Beaujard's beyond-downtuned guitars, it's still an interesting event to hear live drums on a MORTICIAN recording. Likewise for the short-lived appearance of Incantation's John McEntee on guitar (Rahmer was concurrently that band's vocalist), which puts a uniquely creepy touch to these three songs, which would then be re-recorded for the band's first EP, to be released later that year on the infamous Seraphic Decay.

A vital document of a special era, MORTICIAN's *Demo #1 '90* now receives the RELICS HEADBANGERS reissue treatment on 12" picture disc vinyl, for the first time ever. Accept no substitutes!

**Recommend this Item to a Friend**

**Product Feedback**

Average Rating:                                        ☆☆☆☆☆                    0.0

Write a Review

**MORTICIAN**                                                                        $7.99 - $75.99
*United States | Death/Grind*



Shadow Kingdom Records © 2004-2025

# EXHIBIT 13



archive.today
webpage capture

Saved from | https://www.instagram.com/p/DK-BBw2xQFK/ | search

All snapshots from host www.instagram.com

no other snapshots from this url

4 Jan 2026 00:45:41 UTC

**Webpage** | Screenshot

share    download .zip    report bug or abuse    Buy me a coffee



Instagram

Log In    **Sign Up**

saintvitusbar and 3 others
TV Eye NYC

saintvitusbar  28w
TOMORROW AT @tveyenyc
@savagemaster_official @nitemetal
@breakker_phl @finix_heavymetal

GET TIX FOR TUE 6/17 AT THE LINK IN STORIES

ginger_saint_vitus  28w
Like    Reply

69    1

June 16, 2025

Log in to like or comment.

More posts from saintvitusbar



# EXHBIT 13 - A

archive.today
webpage capture

Saved from    https://www.instagram.com/tveyenyc?igsh=MXhpanRpajFjcXV4bg%3D%3D    search
                                                                              no other snapshots from this url
Redirected from    https://www.instagram.com/tveyenyc?igsh=MXhpanRpajFjcXV4bg==
                                                                              no other snapshots from this url
All snapshots  from host www.instagram.com

4 Jan 2026 06:49:07 UTC

Webpage | Screenshot                    share    download .zip    report bug or abuse    Buy me a coffee

## Instagram

Log In    **Sign Up**



**tveyenyc**  ⋮

TV EYE

**3,930** posts    **55.9K** followers    **5,392** following

Performance & Event Venue
✨ Sun-Tue: 5PM - 2AM | Wed-Sat: 5PM - 4AM
🍹 Happy Hour 5PM - 7PM
... more





THIS WEEK 📺        Menus        237 Karaoke

                





An official website of New York State.
Here's how you know ∨



EXHIBIT 13 - B

# Department of State
## Division of Corporations

## Entity Filing History

Return to Results   Return to Search

**Entity Details**

**ENTITY NAME:** TV EYE
**DOS ID:** 5363875
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:**
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/04/2019
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/04/2019
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:**
**COUNTY:**  ALL COUNTIES
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:**
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|-----------|-----------|---------------|-------------------------------|------------|-------------|
| 10/04/2019 | 90 | ASSUMED NAME LLC INITIAL FILING | | 2 | 20191004057 |

Rows per page: 5 ▾     1-1 of 1    ‹ ›

# EXHIBIT 14

archive.today
webpage capture

Saved from   https://www.instagram.com/p/DQDdBFjjZae/

no other snapshots from this url

All snapshots   from host www.instagram.com

search

4 Jan 2026 00:51:58 UTC

Webpage   Screenshot

share   download .zip   report bug or abuse   Buy me a coffee



# Instagram

Log In   **Sign Up**



hellsheadbangers · **Follow**   •••

**hellsheadbangers** 10w
The return of darkness and evil: HEXELLA will embark on a Northern East Coast tour starting this Thursday, bringing their unholy fire to New York, New Jersey, Maine, and Pennsylvania.

Following the release of their debut LP "The Ancient Gaping Mouth" earlier this year on Hells Headbangers, the power-trio are set to channel their venomous energy on stage across the region.

From ripping to rocking, blasting to D-beating, HEXELLA cover all facets of classic, 1980s-rooted black metal with undeniable authenticity. While much of the first wave leaned on blasphemy and shock, HEXELLA delve deeper, exploring anti-cosmic and truly Satanic themes through their own nightside lens. Their songwriting thrives on robust, restless simplicity, weaving through shifting

♡ 3   💬 2   ⊘

October 21, 2025

Log in to like or comment.

## More posts from hellsheadbangers







Show more posts from hellsheadbangers

Related accounts                                                    See all



**divebombrecords**

Divebomb Records

Follow



**fullmoonprod666**

Jon Jamshid

Follow



**prostheticrecords**

Prosthetic Records

Follow



**moribund.official**

Moribund Records

Follow



**sentientruin**

Sentient Ruin La...

Follow



hamm...

Hammerhe...

Follo

# EXHIBIT 15

## PAYMENT INFORMATION

Subtotal: $21.99  Shipping & Handling: $5.18  Estimated Tax: $0.00  **ORDER TOTAL: $27.17**

**Shipping Address**  [Change]

Brooklyn, NY 11233
United States
Phone : ▮▮▮▮▮▮▮

**Billing Address**  [Change]

Brooklyn, NY 11233
United States
Phone: ▮▮▮▮▮▮▮

## SHIPPING OPTIONS

**UPS**

- ● UPS Ground - $15.76
- ○ UPS 3 Day Select® - $29.24
- ○ UPS 2nd Day Air® - $39.08
- ○ UPS Next Day Air® - $100.61

**USPS**

- ○ USPS Ground Advantage - $9.85
- ○ USPS Priority Mail - $11.85
- ○ USPS Priority Mail Express - $40.75

**Other**

- ○ USPS Media Mail - NO Clothing! - $5.18
- ○ Priority Legal Flat Rate Envelope -NO vinyl/DVDs - $11.30

### Payment Method

**CREDIT CARD** Visa, MasterCard, Discover, AMEX, Diners Club, EnRoute, JCB
Please make sure that your billing address matches the address on your credit card statement
Card Number

Expiration Date      CVV/Security Code
Month ▾  Year ▾

First Name      Last Name

☑ Save this card in my account

Authorize.Net
Click
(https://verify.authorize.net/anetseal/?
pid=0c56763c-
00f7-4b86-
bd0c-
37b2628d0a37&rurl=https://shop-
hellsheadbangers.com)

WORLDWIDE INSURANCE
Only $3 - 100% Coverage
Any Size Order - Hassle Free
(insurance.asp) (insurance.asp)

Gift cards & promotional codes

[Enter Code]  [Apply]

## SPECIAL INSTRUCTIONS (OPTIONAL)

[Special Instructions (Optional)]

**ATTENTION MEXICAN / BRAZILIAN ORDERS:**
Your tax ID for customs clearance:  [          ]  (View)

## ORDER SUMMARY

]
.
[Change quantities or delete?]

1. (https://shop-hellsheadbangers.com/item-group.asp?
PgpID=30918&PID=93044)

NUNSLAUGHTER - Rotten Cunt (T-Shirt / MEDIUM) (https://shop-hellsheadbangers.com/item-group.asp?PgpID=30918&PID=93044)

(Size: MEDIUM)      Quantity: 1

Our Price: $21.99

*In Stock*

| | |
|---|---|
| Subtotal: | $21.99 |
| Shipping & Handling: | $5.18 |
| Estimated Tax: | $0.00 |
| **Total:** | **$27.17** |

## ORDER CONFIRMATION

**THANK YOU FOR YOUR ORDER!**

YOUR ORDER NUMBER IS ▮▮▮▮▮▮

YOUR ORDER IS CURRENTLY BEING PROCESSED AND WILL SHIP VERY SOON! YOU WILL RECEIVE A CONFIRMATION E-MAIL WHEN YOUR ORDER HAS ACTUALLY BEEN SHIPPED.

YOU CAN EASILY CHECK THE STATUS AND DETAILS OF YOUR ORDER BY **LOGGING INTO OUR WEBSITE.** (HTTPS://SHOP-HELLSHEADBANGERS.COM/LOGIN-ST-ORDER.ASP)

**THANKS FOR YOUR SUPPORT!!!**

SUGGESTED

WINTERSPELLS



(https://shop-hellsheadbangers.com/item.asp?pid=114047)

CLANDESTINE BLAZE



(https://shop-hellsheadbangers.com/item.asp?pid=135229)

ABHORER



(https://shop-hellsheadbangers.com/item.asp?pid=127235)

# your order 768405 from Hells Headbangers has shipped!

| | |
|---|---|
| From | HELLS HEADBANGERS <service@shop-hellsheadbangers.com> |
| To | ███████████████ |
| Date | Monday, December 29th, 2025 at 1:40 PM |

## SHIPPING CONFIRMATION

**NO REPLY. Please do not reply to this email, as we will not see it. For all inquiries, the best way to reach us is by clicking here.**

**NO RESPONDER. Este correo no se revisa. Para consultas, haga clic aquí.**

**SUGGESTED**

WINTERSPELLS



CLANDESTINE BLAZE

ABHORER

Greetings ████

This message is to confirm that we have shipped your order!

Order Number: ██████
Order Date: 12/26/2025
Shipped Date: 12/29/2025
Tracking: ████████████████

https://mwebtrk181.letscahoot.net/hellsheadbangers/track/USPS?
trackno=9400137903511539224176

*International DHL orders trackable here:* https://webtrack.dhlglobalmail.com

*Orders containing only patches are sent by USPS letter post without a tracking number.*

### Have a question? Need help?

For all inquiries, the best way to reach us is by clicking here.

**Frequently Asked Questions:**
- Digital download questions (when will I receive my download, etc)
- DHL questions
- Missing/Delayed orders
- Return Policy

### Feedback:

If you're happy with our service, please take a moment to rate us and share your comments here.

| Item Photo | Item Description | Qty Ordered | Qty Shipped | Price | Status | Tracking# |
|---|---|---|---|---|---|---|
|  | NUNSLAUGHTER - Rotten Cunt (T-Shirt / MEDIUM) | 1 | 1 | $21.99 | Shipped | 9400137903511539224176 |
| | Size:    MEDIUM | | | | | |

## THANKS FOR YOUR SUPPORT!!

HHR || 708 Marks Road, Suite #100 || VALLEY CITY, OH 44280 || U.S.A. || www.hellsheadbangers.com ||
www.facebook.com/hellsheadbangers

This email was sent to marynyc@proton.me by service@shop-hellsheadbangers.com. To ensure delivery of emails to your inbox, please add service@shop-hellsheadbangers.com to your address book or safe sender list.

Ecommerce
and OMS by    PULSE
              commerce