EXHIBIT 16

archive.today
webpage capture
Saved from https://www.facebook.com/will.rahmer.1/
search
All snapshots from host www.facebook.com
Webpage
Screenshot
share
download .zip
Buy me a coffee
*** Filed ***
12:23 AM, 08 Jan, 2026
U.S.D.C., Eastern District of New York
facebook
Email or phone
Password
Log in
Forgotten account?
The mansion.
The madness.
The maniac.
No escape.
SILENT NIGHT
DEADLY NIGHT
Will Rahmer
Friends
Photos

## About

### Work

No workplaces to show

### University

No schools/universities to show

### High School

No schools/universities to show

## Photos

See All Photos

MEXICO
DEATH MILITIA
MORTICIAN
MORTAL MASSACRE

Others named Will Rahmer
William Rahmer
Carvin Marvin
Will Rahmer
Willy Rahmer Perez
Will Rahmer
See more people with the same name
Others with a similar name
Dee Will
Will Will
Gimmy will am
Ash Will
Peace Good S Will





Privacy · Terms · Advertising · Ad choices · Cookies · More
Log in or sign up for Facebook to connect with friends, family and people you know.
Log in
or
Create new account

EXHIBIT 16 - A Case 1:25-cv-06951-RER-RML Document 5-6 Filed 01/08/26 Page 3 of 44 PageID #: 210

archive.today
webpage capture

Saved from https://www.metal-archives.com/artists/Will_Rahmer/2696 search 6 Jan 2026 22:52:14 UTC
no other snapshots from this url
All snapshots from host www.metal-archives.com

Webpage Screenshot share download .zip report bug or abuse Buy me a coffee

Username
Password
Register Forgot login?

Search:
Band name
Advanced search

Help Rules Store Forum
FAQ | Support Us | Add-ons

# Will Rahmer

| Real/full name: | Will Rahmer | Place of birth: | United States (Yonkers, New York) |
|---|---|---|---|
| Age: | 56 (born Sep 30th, 1969) | Gender: | Male |

## Biography

Founder and bassist/vocalist of Mortician. Was also vocalist for Incantation in 1990 and recorded their first two demos and debut EP ("Entrantment of Evil") with them. He is the owner of Redrum Records (aka Mortician Records), which has a line-up of death metal locals like Fecal Corpse.

Will Rahmer is also the co-founder of the New York Death Militia (NYDM) along with Randell Salmon of ...

## Trivia

Was arrested in Poland on November 13th, 2005. The band had just finished playing a show without Rahmer in Zielona Góra, when he had called a taxi to take him to the Berlin Airport. Rahmer then threatened the taxi driver with a small knife and stole the cab and drove himself to the Polish / German border, where he was then picked up by the police. He was placed under arrest and faced charges up ...

Bands
- alphabetical
- country
- genre

Labels
- alphabetical
- country

Reviews

R.I.P.
Random Band
User rankings
News archive

Reports
Contribute / To do

© 2002-2026
Encyclopaedia Metallum

Privacy Policy

Active Bands | Past Bands | Live | Guest/Session | Misc. staff | Links

### Mortician
**Bass, Vocals** (1989-present)

| | | |
|---|---|---|
| 1996 | Hacked Up for Barbecue | Bass, Vocals |
| 1999 | Chainsaw Dismemberment | Bass, Vocals |
| 2001 | Domain of Death | Bass, Vocals |
| 2002 | Darkest Day of Horror | Bass, Vocals |
| 2003 | Final Bloodbath Session | Bass, Vocals |
| 2004 | Re-Animated Dead Flesh | Bass, Vocals |

(show all)

### Incantation
**Vocals** (1990)

| | | |
|---|---|---|
| 1990 | Demo #1 (Demo) | Vocals |
| 1990 | Entrantment of Evil (EP) | Vocals |
| 1997 | Tribute to the Goat (Live album) | Vocals (tracks 9-12) |
| 2002 | Relapse Singles Series Vol.1 (Split) | Vocals |
| 2016 | Unholy Massacre (Compilation) | Vocals (Disc 1: tracks 1-10) |
| 2022 | Tricennial of Blasphemy (Compilation) | Vocals on tracks 21-24 |

### Prosthetic Cunt

**Unknown**

## Incantation

**Vocals** (1996)

## Avulsed

| | | |
|---|---|---|
| 2016 | Deathgeneration | Vocals (additional) (track 7) |

## Dimentianon

| | | |
|---|---|---|
| 2005 | Promo 2005 (Demo) | Vocals (backing) (track 1) |
| 2007 | Hossanas Novus Ordo Seclurum | Vocals |
| 2007 | Promo 2007 (Demo) | Vocals (backing) (track 1) |

## Incantation

| | | |
|---|---|---|
| 1996 | Promo (Demo) | Vocals |

## Bestial Devastation

| | | |
|---|---|---|
| 2005 | Wish You Died Here / Laceration of the Unborn (Split) | Executive producer |

## Carnivorous Vagina

| | | |
|---|---|---|
| 2003 | Istinto omicida | Executive producer, Producer (additional) |
| 2008 | Strage cannibale | Executive producer, Producer (additional) |

## Funeral Rape

| | | |
|---|---|---|
| 2004 | A Chainsaw in the Cunt | Executive producer |

## Mortician

| | | |
|---|---|---|
| 1992 | Mortal Massacre (Single) | Engineering, Producer |
| 1995 | House by the Cemetery (EP) | Producer |
| 1999 | Chainsaw Dismemberment | Engineering (assistant) |
| 2001 | Domain of Death | Engineering (assistant) |
| 2002 | Darkest Day of Horror | Engineering (assistant) |

## Possessed

| | | |
|---|---|---|
| 2011 | Reanimation (Compilation) | Liner notes |

Added by: reignmaster
Added on: 2011-04-09 12:27:07

Modified by: Wilkun
Last modified on: 2025-11-09 05:13:50

Duplicate? Please file a report for merging.

EXHIBIT 16 - B

SKIP TO MAIN CONTENT

An official website of New York State Here's how you know

X

**Official websites use ny.gov** A **ny.gov** website belongs to an official New York State government organization.

**Secure ny.gov websites use HTTPS** A **lock icon** or **https://** means you've safely connected to the ny.gov website. Share sensitive information only on official, secure websites.

NEW YORK STATE

An official website of New York State Here's how you know

Search

NY State Board of Elections

# Poll Site, Registration, and Mail Ballot Information

## Polling Place Information

**Early Voting Poll Site**

You can vote at any of the following polling places. Please select a polling place from the list below for the complete details. If you have any questions, follow this link through to your County Board of Electionsopens in new tab website.

Select early voting polling place

## Election Day Poll Site

This is the current polling place assigned to "200 ROUNDHILL DR, YONKERS 10710" by your County Board of Elections as of 08/27/2020

**SCHOOL 32 - FAMILY**
**1 MONTCLAIR PL**
**YONKERS, 10710** Get Directions opens in new tab

## Voter Information

**Name :** RAHMER, WILLIAM
**Address :** 200 ROUNDHILL DR, YONKERS 10710
**Mailing Address (if any) :**
**Political Party :** Republican
**Voter Status :** Active

# Voter District Information

**Election District :**  20
**County Legislative District :**  15
**Senate District :**  35
**Assembly District :**  90
**Congressional District :**  16
**Town :**  YONK
**Ward :**  05

New Search

- Agencies
- App Directory
- Counties
- Events
- Programs
- Services

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*642633595DED0037*

# Westchester County Recording & Endorsement Page

## Submitter Information

| | | | |
|---|---|---|---|
| Name: | Robin Schemitsch | Phone: | 914-395-2285 |
| Address 1: | 7 Dempsey Place | Fax: | 914-395-1028 |
| Address 2: | | Email: | PostClosing@recordandreturn.com |
| City/State/Zip: | Eastchester NY 10709 | Reference for Submitter: | CTSY-7422 PD |

## Document Details

Control Number: **642633595**  Document Type: **Deed (DED)**

Package ID: 2024091900276001001  Document Page Count: **3**  Total Page Count: **5**

## Parties

☑ Additional Parties on Continuation page

| | 1st PARTY | | | 2nd PARTY | |
|---|---|---|---|---|---|
| 1: | RAHMER VIRGINIA | - Individual | 1: | 2024 VIRGINIA RAHMER REVOCABLE LIVING TRUST | - Other |
| 2: | | | 2: | RAHMER JOHN | - Individual |

## Property

☐ Additional Properties on Continuation page

Street Address: 200 ROUND HILL DRIVE  Tax Designation: 4.-4414-42.44

City/Town: YONKERS  Village:

## Cross- References

☐ Additional Cross-Refs on Continuation page

1:  2:  3:  4:

## Supporting Documents

1: RP-5217  2: TP-584

## Recording Fees

| | |
|---|---|
| Statutory Recording Fee: | $40.00 |
| Page Fee: | $20.00 |
| Cross-Reference Fee: | $0.00 |
| Mortgage Affidavit Filing Fee: | $0.00 |
| RP-5217 Filing Fee: | $125.00 |
| TP-584 Filing Fee: | $5.00 |
| RPL 291 Notice Fee: | $10.00 |
| Total Recording Fees Paid: | **$200.00** |

## Transfer Taxes

| | |
|---|---|
| Consideration: | $0.00 |
| Transfer Tax: | $0.00 |
| Mansion Tax: | $0.00 |
| Transfer Tax Number: | 4193 |

## Mortgage Taxes

Document Date:

Mortgage Amount:

| | |
|---|---|
| Basic: | $0.00 |
| Westchester: | $0.00 |
| Additional: | $0.00 |
| MTA: | $0.00 |
| Special: | $0.00 |
| Yonkers: | $0.00 |
| Total Mortgage Tax: | **$0.00** |

Dwelling Type:  Exempt: ☐

Serial #:

RECORDED IN THE OFFICE OF THE WESTCHESTER COUNTY CLERK

WESTCHESTER COUNTY SEAL

Recorded: 11/04/2024 at 04:04 PM

Control Number: **642633595**

Witness my hand and official seal

Timothy C.Idoni
Westchester County Clerk

## Record and Return To

☐ Pick-up at County Clerk's office

**Record and Return Title Agency**
**7 Dempsey Place**
**Top Floor**
**Eastchester, NY 10709**

The Office of the Westchester County Clerk: This page is part of the instrument; the County Clerk will rely on the information provided on this page for purposes of indexing this instrument. To the best of submitter's knowledge, the information contained on this Recording and Endorsement Cover Page is consistent with the information contained in the attached document.

*642633595DED0037*

## Westchester County Recording & Endorsement Page

### Document Details

Control Number: **642633595**

Document Type: **Deed (DED)**

Package ID: 2024091900276001001

Document Page Count: 3

Total Page Count: 5

| 1st PARTY Addendum | 2nd PARTY Addendum | |
|---|---|---|
| | RAHMER WILLIAM | Individual |

Westchester
4,
4414
42.44

**WARRANTY DEED – INDIVIDUAL OR CORPORATION (single sheet)**

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT- THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made on the 30th day of September, 2024,

**BETWEEN**

**VIRGINIA RAHMER, residing at 200 Roundhill Drive, Yonkers, New York 10710,**

party of the first part, and

William Rahmer and John Rahmer

~~**VIRGINIA RAHMER**~~**, residing at 200 Roundhill Drive, Yonkers, New York 10710, as Co-Trustees of THE 2024 VIRGINIA RAHMER REVOCABLE LIVING TRUST, dated September 30, 2024,**

party of the second part,

***WITNESSETH,*** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

***ALL*** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Yonkers, County of Westchester, and State of New York, being more particularly bounded and described as follows:

SEE SCHEDULE A WHICH IS ATTACHED HERETO AND MADE A PART HEREOF.

SAID PREMISES BEING MORE COMMONLY KNOWN AS 200 Round Hill Drive, Yonkers, New York 10710.

***TOGETHER*** with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof;

***TOGETHER*** with the appurtenances, and all the estate and rights of the party of the first part in and to said premises;

***TO HAVE AND TO HOLD*** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

***AND*** the party of the first part covenants as follows: the said party of the first part is seized of the said premises in fee simple, and has good right to convey the same; that the party of the second part shall quietly enjoy said premises; that the said premises are free from encumbrances, except as aforesaid; that the party of the first part will execute or procure any further assurance of the title to said premises; and that said party of the first part will forever warrant the title to said premises.

***AND*** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

***IN WITNESS WHEREOF***, the party of the first part has duly executed this deed the day and year first above written.

Virginia Rahmer
**VIRGINIA RAHMER**

**IN PRESENCE OF:**

________________________

## SCHEDULE A

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the City of Yonkers, County of Westchester, and State of New York, known and described as Lots No. 42, 43 and 44, in Block 4414 on a certain map entited, "Bronxvilie Heights, in the City of Yonkers, Westchester County, New York: January 7, 1929, made by William A. Smith, Civil Engineer, filed in the Westchester County Clerk's Office, Dividion of Land Records, (formerly Register's Office) on January 9, 1929, as Map No. 3376.

TOGETHER WITH all the right, title and interest of the party of the first part of, in and to the land lying in the bed of any road, street or avenue in front of and adjacent to the above described premises.

BEING ALSO KNOWN AS Lots 42, 43 and 44, in Block 4414, on the official Tax Map of the City of Yonkers.

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of WESTCHESTER, ss:
On [handwritten: Sept 30], 2024, before me, the undersigned, personally appeared VIRGINIA RAHMER, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

[signature]
NOTARY PUBLIC

SARA MEYERS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02ME5060357
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES MAY 28, 2026

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of , ss:
On ____________________, 20____, before me, the undersigned, personally appeared ,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

______________________________
NOTARY PUBLIC

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of , ss:
On ____________________, 20___, before me, the undersigned, a Notary Public in and for said State, personally appeared ______________________, the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in (if the place of residence is in a city, include the street and street number if any, thereof); that he/she/they know(s) to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

______________________________
Notary Public

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of , County of , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On ____________________, 20____, before me the undersigned personally appeared Personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, that by his/her signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument, and that such individual make such appearance before the undersigned in the ______________ of ______________.

______________________________
Notary Public

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

**WARRANTY DEED**
**With Full Covenants**

**VIRGINIA RAHMER**

**TO**

**THE 2024 VIRGINIA RAHMER REVOCABLE LIVING TRUST**

COUNTY: Westchester

TOWN/CITY: Yonkers

PROPERTY ADDRESS: 200 Round Hill Drive
Yonkers, New York 10710

SECTION: 4.

BLOCK: 4414

LOT: 42.44

**Title No.**

**RETURN BY MAIL TO:**

**SARA MEYERS, ESQ.**
Enea, Scanlan & Sirignano, LLP
245 Main Street
White Plains, NY 10601

**Will Rahmer**

Generated by [redacted] on Friday, January 2, 2026 at 1:28 AM UTC-05:00
Contains data you requested from September 7, 2022 at 12:00 AM to September 12, 2022 at 12:00 AM



**Will Rahmer**

YOU DIDNT TELL ME HOW DEEP THIS SHIT WAS IF I KNOW I WOULDNT HAVE EVEN BOTHERED WITH THE LIST WTF REALLY? Hey Will, this is all fine with the exception of Melissa Haselroth -- she currently has lawsuits against her ex Eric from Hells Headbangers, and another one against the band Nunslaughter, all of whom will be attending the fest. I think it would be more drama than it's worth if she were to show up. Feel free to throw me under the bus about this... I just can't have her here stirring any pots. Everyone else is all set!

-Em\

Sep 08, 2022 1:23:29 pm

**Will Rahmer**

ok i got alot to do here have no time for messenger i'll be on here later tonight after i hear something\
👍 Melissa Amber VonHaus (Sep 07, 2022 7:26:20 pm)

Sep 07, 2022 12:15:32 pm

Will Rahmer
SEP 8, 2022 AT 13:23
YOU DIDNT TELL ME HOW DEEP THIS SHIT WAS IF I KNOW I WOULDNT HAVE EVEN BOTHERED WITH THE LIST WTF REALLY? Hey Will, this is all fine with the exception of Melissa Haselroth -- she currently has lawsuits against her ex Eric from Hells Headbangers, and another one against the band Nunslaughter, all of whom will be attending the fest. I think it would be more drama than it's worth if she were to show up. Feel free to throw me under the bus about this... I just can't have her here stirring any pots. Everyone else is all set!
-Em\
You've blocked Will
You can't message or call them in this chat, and you won't receive their messages or calls.
Unblock
Report

Will Rahmer
@will.rahmer.1
Profile
More actions
View media, files and links
Search in conversation
Privacy & support
Unblock
Report
Give feedback and report conversation
Delete chat

archive.today webpage capture | Saved from https://blabbermouth.net/news/mortician-vocalist-arrested-in-poland-after-ste | search | 4 Jan 2026 11:42:13 UTC
no other snapshots from this url
All snapshots from host blabbermouth.net
Webpage | Screenshot
share download .zip report bug or abuse Buy me a coffee

# MORTICIAN Vocalist Arrested In Poland After Stealing Car, Threatening Cab Driver With Knife

November 15, 2005

Audio Coming Soon

Instaread

According to an article in the Polish newspaper **Gazeta Wyborcza**, **MORTICIAN** vocalist/bassist **Will Rahmer** was arrested by the Polish police after threatening a taxi driver with a knife and stealing a taxi cab following the group's performance in the Polish city of Zielona Gora on Sunday (Nov. 13).

**Rahmer** reportedly called a cab after **MORTICIAN**'s concert in Zielona Gora (which the other **MORTICIAN** members performed without **Rahmer**) and

## Latest News

HALESTORM's AREJAY HALE On Supporting IRON MAIDEN In Europe: 'I Was Very, Very Pleasantly Surprised By How Well That Tour Went'

January 3, 2026

BLACK SABBATH's BILL WARD On MASTODON's BRANN DAILOR: 'He's Worthy Of All The Praise That He Gets'

January 3, 2026

PETER CRISS On Beating Breast Cancer Nearly Two Decades Ago:

requested to be taken to the Berlin airport so that he could fly back to the United States. He allegedly went berserk in the car and threatened to stab the driver of the cab with a small knife. The taxi driver escaped and called the police. In the meantime, **Will** stole the car and drove himself to the Polish/German border crossing in Swiecko where he was subsequently picked up by the authorities.

According to the report, **Rahmer** was placed under arrest and is being held on several charges which carry a maximum penalty of 3 to 15 years.

To view the original **Gazeta Wyborcza** article (in Polish),click **here**.

**MORTICIAN** were in the middle of a European tour with **BLOOD RED THRONE** and **AKERCOCKE** when the incident took place. The group are said to be continuing the trek, with members of **BLOOD RED THRONE** and **AKERCOCKE** assisting with bass and vocal duties.

(Thanks: **U.V. Impaler**)

---

Find more on

Prev MORE NEWS Next 

'God Gave Me My Miracle'

January 3, 2026

MORE NEWS

## Latest Reviews

**ULVER**
**Neverland**
8/10

**PALEFACE SWISS**
**The Wilted**
8/10

**NOIRSUAIRE**
**The Dragging Poison**
7.5/10

MORE REVIEWS

ADVERTISE WITH US

© 2026 Blabbermouth.net

Contact Privacy Policy Terms of Service

**Name:** UNITED STATES CORPORATION AGENTS, INC.

**Address:** 7014 13TH AVENUE, SUITE 202, BROOKLYN, NY, 11228

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

archive.today
webpage capture
Saved from https://shop.darksiderecords.com/search?q=hells+headbangers+records&op
search
4 Jan 2026 23:21:33 UTC
no other snapshots from this url
All snapshots from host shop.darksiderecords.com
Webpage
Screenshot
share
download .zip
report bug or abuse
Buy me a coffee
DARKSIDE RECORDS
Stay In The Know
Sign up for our email communications to learn about new releases, preorders, used drops and more!
Your email
Sign Up
No thanks
By completing this form, you are signing up to receive our emails and can unsubscribe at any time
Children Of The...
New Vinyl
$64.99
Merciless Upheaval
New Vinyl
$53.99
Merciless Upheaval
New Vinyl
$53.99
You're viewing 1-3 of 3 results
Format
New CD/Metal (0)
New CD/Rock (0)
New Vinyl/Metal (3)
New Vinyl/Rock (0)
New Vinyl/Soundtracks (0)
Label
Hells Headbangers
Reset
Hells Headbangers (3)

- High Roller (3)
- Joyful Noise Records (1)
- Metalville (1)
- Nltm Records (2)
- Numero (2)
- Riding Easy (1)

Show more

## Stay In The Know

Sign up for our email communications to learn about new releases, preorders, #usedtuesforyous and more!

Your email

**Sign up**

By completing this form, you are signing up to receive our emails and can unsubscribe at any time.

### Links

Log In

Search

Gift Cards

Contact Us

Request A Return

Shipping Policy

Refund Policy

Shop Pay Installment FAQs

Privacy Policy

Do not sell my personal information

Terms of Service

### Independent since 2011

Darkside Records is the Hudson Valley's largest brick & mortar independent music store. We offer a vast selection of new and used music on Vinyl, CD and Cassette, and many other formats. We also have turntables, movies, t-shirts and more!

Online Order Inquires

info@darksiderecords.com

32 Cannon Street, Poughkeepsie NY 12601

Follow us

### Store Hours

Visit Us In Store
Mon-Sat: 10am - 8pm
Sun: 11am - 6pm

United States (USD $)



Copyright © 2026, Darkside Records

Free shipping for orders over $75

Earn Rewards >> Sign up & get 2% store credit back on your purchases

All products hells headbangers records

# Results for "hells headbangers records"

Filter (1) 3 Results Sort: Relevance

Hells Headbangers Clear all

Rewards



Free shipping for orders over $75

SOLD OUT

Deceased- Children Of The Morgue -...
New Vinyl
$64.99

Perdition Temple- Merciless Upheaval
New Vinyl
$53.99

Perdition Temple- Merciless Upheaval
New Vinyl
$53.99

You're viewing 1-3 of 3 results

## Stay In The Know

Sign up for our email communications to learn about new releases, preorders, #usedtuesforyous and more!

Your email

**Sign up**

By completing this form, you are signing up to receive our emails and can unsubscribe at any time.

Links

Independent since 2011

Darkside Records is the Hudson Valley's largest brick & mortar independent music store. We offer a vast selection of new and used music on Vinyl, CD and Cassette, and many other formats. We also have turntables, movies, t-shirts and more!

Online Order Inquires



Free shipping for orders over $75

32 Cannon Street, Poughkeepsie NY 12601

Follow us

Store Hours

United States (USD $)

Copyright © 2026, Darkside Records

       



EXHIBIT 20 - B

archive.today
webpage capture
Saved from https://shop.darksiderecords.com/search?q=shadow+kingdom+records&opti
search
4 Jan 2026 23:08:56 UTC
no other snapshots from this url
All snapshots from host shop.darksiderecords.com
Webpage
Screenshot
share
download .zip
report bug or abuse
Buy me a coffee
DARKSIDE RECORDS
Stay In The Know
Sign up for our email communications to learn about new releases, preorders, used drops and more!
Your email
Sign Up
No thanks
By completing this form, you are signing up to receive our emails and can unsubscribe at any time
Format
Books (0)
New 7/Rock (0)
New CD/Rock (0)
New Vinyl/Electronic (0)
New Vinyl/Metal (3)
New Vinyl/Rock (3)
New Vinyl/Soundtracks (0)
Show more
Master
New Vinyl
$29.98
Magick Rites
New Vinyl
$23.98
Morals
New Vinyl
$23.99
Garden Of Hell
New Vinyl
$26.99
ICE WAR
SOLD OUT
Ice War- Ice War
New Vinyl
$23.98
SAVAGE MASTER
SOLD OUT
Savage Master- Mask Of The Devil
New Vinyl
$23.98

You're viewing 1-6 of 6 results

**Label**

Shadow Kingdom

Reset

- Afm Records (1)
- Black Screen Records (2)
- Cleopatra (2)
- Dais (2)
- Epitaph (3)
- High Roller (2)
- Iron Mountain Analog (1)

Show more

Stay In The Know

Sign up for our email communications to learn about new releases, preorders, #usedtuesforyous and more!

Your email

**Sign up**

By completing this form, you are signing up to receive our emails and can unsubscribe at any time.

Links

Log In

Search

Gift Cards

Contact Us

Request A Return

Shipping Policy

Refund Policy

Shop Pay Installment FAQs

Privacy Policy

Do not sell my personal information

Independent since 2011

Darkside Records is the Hudson Valley's largest brick & mortar independent music store. We offer a vast selection of new and used music on Vinyl, CD and Cassette, and many other formats. We also have turntables, movies, t-shirts and more!

Online Order Inquires

info@darksiderecords.com

32 Cannon Street, Poughkeepsie NY 12601

Follow us

Store Hours

Visit Us In Store

Mon-Sat: 10am - 8pm

Sun: 11am - 6pm

DARKSIDE RECORDS POUGHKEEPSIE, NY

Terms of Service

United States (USD $)

Copyright © 2026, Darkside Records

Free shipping for orders over $75

Free Shipping On Purchases Over $75 (US Only)

All products shadow kingdom records

# Results for "shadow kingdom records"

Filter (1) 6 Results Sort: Relevance

Shadow Kingdom Clear all

Shadow Kingdom Clear all

Troll- Legend Master
New Vinyl
$29.98

Hour of 13- Black Magick Rites
New Vinyl
$23.98

Void- Forbidden Morals
New Vinyl
$23.99

Robespierre- Garden Of Hell
New Vinyl
$26.99

Rewards



Free shipping for orders over $75

SOLD OUT

Ice War- Ice War

New Vinyl

$23.98

SOLD OUT
THE DEVIL

Savage Master- Mask Of The Devil

New Vinyl

$23.98

You're viewing 1-6 of 6 results

## Stay In The Know

Sign up for our email communications to learn about new releases, preorders, #usedtuesforyous and more!

Your email

**Sign up**

By completing this form, you are signing up to receive our emails and can unsubscribe at any time.

Links

Independent since 2011

Darkside Records is the Hudson Valley's largest brick & mortar independent music store. We offer a vast selection of new and used music on Vinyl, CD and Cassette, and many other formats. We also have turntables, movies, t-shirts and more!

Online Order Inquires

info@darksiderecords.com

32 Cannon Street, Poughkeepsie NY 12601



Free shipping for orders over $75

Store Hours

United States (USD $)

Copyright © 2026, Darkside Records

       



An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** REDRUM RECORDS & PRODUCTIONS, INC.
**DOS ID:** 2055590
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** INACTIVE
**DATE OF INITIAL DOS FILING:** 08/08/1996
**REASON FOR STATUS:** DISSOLVED BY PROCLAMATION
**EFFECTIVE DATE INITIAL FILING:** 08/08/1996
**INACTIVE DATE:** 12/27/2000
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** NOT REQUIRED
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 08/31/1998
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** 1650 BROADWAY, STE. 508, NEW YORK, NY, UNITED STATES, 10019

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| NO PAR VALUE | 200 | $0.00000 |

Agencies • App Directory • Counties • Events • Programs • Services

EXHIBIT 21

archive.today
webpage capture

Saved from https://www.metal-archives.com/labels/Redrum_Records/829 search

no other snapshots from this url

6 Jan 2026 22:32:59 UTC

All snapshots from host www.metal-archives.com

Webpage Screenshot

share download .zip report bug or abuse 

Username
Password
Register Forgot login?

Search:
Band name
ADVANCED SEARCH

HELP RULES STORE FORUM
FAQ | SUPPORT US | ADD-ONS

# REDRUM RECORDS

| | | | |
|---|---|---|---|
| Address: | 200 Round Hill Drive Yonkers, New York 10710 | Status: | active |
| | | Styles/specialties: | Brutal Death Metal, Grindcore |
| Country: | United States | Founding date : | N/A |
| Phone number: | N/A | Online shopping: | Yes |

Redrum Records Website

BANDS
- ALPHABETICAL
- COUNTRY
- GENRE

LABELS
- ALPHABETICAL
- COUNTRY

REVIEWS

R.I.P.
RANDOM BAND
USER RANKINGS
NEWS ARCHIVE

REPORTS
CONTRIBUTE / TO DO

© 2002-2026 Encyclopaedia Metallum

Privacy Policy

CURRENT ROSTER | PAST ROSTER | RELEASES | LINKS | ADDITIONAL NOTES

Showing 1 to 6 of 6 entries

1

| Band | Genre | Country |
|---|---|---|
| Burn Victim | Brutal Death Metal | United States |
| Chainsaw Surgery | Brutal Death Metal/Grindcore | Netherlands |
| Desecrated Tombs | Death/Doom Metal | United States |
| Magguts | Death Metal/Grindcore | United States |
| Paul Carcass | Death/Black Metal | Canada |
| Rovio | Black Metal | Finland |

Showing 1 to 6 of 6 entries

1

Showing 1 to 16 of 16 entries

1

| Band | Genre | Country | # |
|---|---|---|---|
| Bestial Devastation | Death Metal/Goregrind | Italy | 1 |
| Bloodbastard | Death Metal/Grindcore | Netherlands | 1 |
| Cardiac Arrest | Death Metal | United States | 1 |
| Carnivorous Vagina | Death Metal/Goregrind | Italy | 2 |
| Fecal Corpse | Death Metal/Goregrind | United States | 2 |
| Funeral Rape | Goregrind | Italy | 4 |
| Obscene | Brutal Death Metal | Sweden | 1 |
| Orifice | Goregrind/Death Metal | Italy | 1 |
| Possessed | Death/Thrash Metal | United States | 2 |
| Psychotic Homicidal Dismemberment | Brutal Death Metal/Grindcore | United States | 1 |
| Putrefy | Brutal Death Metal | United Kingdom | 1 |
| Rademassaker | Death Metal | Germany | 1 |
| Repulsic | Grindcore/Death Metal | Chile | 1 |

| Band | Genre | Country | # |
|---|---|---|---|
| Skullhog | Death Metal/Grindcore | Netherlands | 1 |
| Your Kid's on Fire | Death Metal/Grindcore | United States | 1 |
| Zombie Death Stench | Death/Black Metal | United States | 2 |

Showing 1 to 16 of 16 entries

1

Showing 1 to 26 of 26 entries

1

| Band | Album | Type | Year | Catalog | Format | Description |
|---|---|---|---|---|---|---|
| Bloodbastard | Next to Dissect | Full-length | 2007 | REDRUM0012 | CD | |
| Burn Victim | Baptized in Gasoline | Full-length | 2005 | REDRUM0005 | CD | |
| Cardiac Arrest | Morgue Mutilations | Full-length | 2006 | REDRUM0010 | CD | |
| Carnivorous Vagina | Istinto omicida | Full-length | 2003 | REDRUM0002 | CD | Limited edition |
| Carnivorous Vagina | Strage cannibale | Full-length | 2008 | REDRUM0013 | CD | |
| Chainsaw Surgery | Necrocannibalistic Perversions | Full-length | 2014 | REDRUM0021 | CD | |
| Fecal Corpse | Fetus in a Blender | EP | 2004 | | | |
| Fecal Corpse | We Gang Banged Your Mom... Again! | Full-length | 2006 | REDRUM0007 | CD | |
| Funeral Rape | Sexperiment | Full-length | 2006 | REDRUM0009 | CD | |
| Funeral Rape | Porn Afterlife | Full-length | 2010 | REDRUM0016 | CD | |
| Funeral Rape | Sperm Overdose | Full-length | 2014 | REDRUM0020 | CD | |
| Funeral Rape | A Chainsaw in the Cunt | Full-length | 2005 | REDRUM0003 | CD | |
| Magguts | Sentenced to Fire | Full-length | 2015 | RR0022 | CD | |
| Obscene / Bestial Devastation | Wish You Died Here / Laceration of the Unborn | Split | 2005 | REDRUM0004 | CD | |
| Orifice | ...Better than Sex!!! | Full-length | 2009 | REDRUM0014 | CD | |
| Possessed | Reanimation | Compilation | 2011 | REDRUM0018 | CD + DVD | DualDisc |
| Possessed | Reanimation | Compilation | Unknown | | Digital | iTunes |
| Psychotic Homicidal Dismemberment | Displaying Her Decapitated Corpse | Full-length | 2011 | REDRUM0017 | CD | |
| Putrefy | Putrefy | Full-length | 2006 | REDRUM 0006 | CD | |
| Rademassaker | Satanic Zombie Hordes | Compilation | 2004 | REDRUM0001 | CD | |
| Repulsic | Flower of Carnage | Full-length | 2018 | REDRUM0023 | CD | Limited edition |
| Rovio | Demoni | Demo | 2001 | | | |
| Skullhog | The Evil Dead | Full-length | 2012 | REDRUM0019 | CD | |
| Your Kid's on Fire | Aught Six: A Necrodyssey | Full-length | 2006 | REDRUM0008 | CD | |
| Zombie Death Stench | Here I Die...Zombified | Full-length | 2007 | RR0011 | CD | |
| Zombie Death Stench | The Redeadening | Full-length | 2010 | REDRUM0015 | CD | |

Showing 1 to 26 of 26 entries

1

## Description

Owned by operated by Will Rahmer.

Added by: (Unknown user)
Added on: N/A

Modified by: GuardAwakening
Last modified on: 2019-06-22 00:20:52

Duplicate? Please file a report for merging.

EXHIBIT 21 -B

archive.today webpage capture | Saved from https://redrumrecords.net/ | search | 4 Jan 2026 11:12:50 UTC
All snapshots from host redrumrecords.net | history ←prior next→
Webpage | Screenshot | share | download .zip | report bug or abuse | Buy me a coffee

$15.00 $15.00 $15.00 $15.00 $15.00

MORTICIAN – Darkest Day of Horror (CD – Blue Disc)

$15.00

MORTICIAN – Hacked Up for Barbecue (CD – Blue Disc)

$15.00

MORTICIAN – House by the Cemetery (CD – Black Disc)

$15.00

MORTICIAN – Full Discography (9x CD Bundle) *PRE-ORDER: Your Entire Order Ships: Jan 30, 2026*

SALE!

~~$135.00~~ $100.00

House by the Cemetery Full Front Zipper Hoodie

View more new products ⟶

## On sale Products

MORTICIAN – Full Discography (9x CD Bundle) *PRE-ORDER: Your Entire Order Ships: Jan 30, 2026*

SALE!

~~$135.00~~ $100.00

COMP: FOUR THE GORE AND THE LUSTFUL PERVERSITY – 4 Way Slipt C.D.

SALE!

~~$14.00~~ $12.00

FLESHLESS – Doomed

SALE!

~~$14.00~~ $12.00

CUMBEAST – Gore Zoo

CARNAL TOMB – Descend (MCD)

COMP: INTO THE BOTTOMLESS PIT – 4 Way Split C.D.

SALE!

~~$14.00~~ $13.00

SALE!

~~$10.00~~ $9.00

SALE!

~~$14.00~~ $12.00

## Best Selling

Chainsaw Dismemberment Digipak Reissue CD

$14.00

MORTICIAN – Hacked Up For Barbecue 2xLP (Tri Color Merge with Splatter)

$30.00

Mortician Face Masks

Classic Blood Logo Coffee Mug

New York Death Metal Design

ORIFICE – Better Than Sex

$8.00

Reanimated Dead Flesh Digipak REISSUE COMBO *ONLY REANIMATED / CHAINSAW AVAILABLE NOW)

MORTICIAN – Chainsaw Dismemberment 2xLP (Tri Color Merge with Splatter)

$30.00

MORTICIAN – Chainsaw Dismemberment 2xLP (Royal Blue with Splatter)

$23.00

FUNERAL RAPE- Sperm Overdose

$8.00

## Product Categories

Backpatches **(7)**

Blurays **(1)**

Bottle Openers **(1)**

Cassettes **(6)**

CDs **(1228)**





Clothing (70)
ZOMBIE MASSACRE LIVE!
Flags (1)
HOUSE BY THE CEMETERY
Hoodies (3)
Mugs (8)
16 oz SET OF 2
FRONT
BACK
Other (21)
View more product categories

News

Contact Us

Shipping Information

© Redrum Records 2026

archive.today
webpage capture

Saved from https://www.metal-archives.com/labels/Hospital_Productions/814 search 6 Jan 2026 22:44:11 UTC
no other snapshots from this url
Redirected from http://www.metal-archives.com/labels/Hospital_Productions/814
no other snapshots from this url
All snapshots from host www.metal-archives.com

Webpage Screenshot share download .zip report bug or abuse

Buy me a coffee

# HOSPITAL PRODUCTIONS

Address: 75 E 4th. St.
Suite #303
New York, NY 10003
Country: United States
Phone number: N/A

Status: active
Styles/specialties: Black Metal, Noise, Industrial
Founding date : 1998
Online shopping: Yes

Hospital Productions Website hospitalprod@gmail.com

CURRENT ROSTER | PAST ROSTER | RELEASES | LINKS | ADDITIONAL NOTES

BANDS
ALPHABETICAL
COUNTRY
GENRE
LABELS
ALPHABETICAL
COUNTRY
REVIEWS
R.I.P.
RANDOM BAND
USER RANKINGS
NEWS ARCHIVE
REPORTS
CONTRIBUTE / TO DO

© 2002-2026
Encyclopaedia Metallum
Privacy Policy

Showing 1 to 6 of 6 entries

1

| Band | Genre | Country |
|---|---|---|
| Ash Pool | Raw Black Metal | United States |
| Curved Blade | Black Metal | International |
| Malkuth | Experimental Black Metal | United States |
| Raspberry Bulbs | Raw Black Metal/Punk (early); Hardcore Punk/Deathrock (later) | United States |
| Torture Chain | Black Metal | United States |
| Vegas Martyrs | Black Metal/Noise | United States |

Showing 1 to 6 of 6 entries

1

Showing 1 to 15 of 15 entries

1

| Band | Genre | Country | # |
|---|---|---|---|
| Akitsa | Black Metal | Canada | 27 |
| Autumn Heart | Black Metal | United States | 1 |
| Blackdeath | Black Metal | Russia | 3 |
| Bone Awl | Black Metal/Punk | United States | 2 |
| Circle of Ouroborus | Experimental Black Metal, Acoustic | Finland | 3 |
| Diapsiquir | Experimental Industrial Black Metal | France | 1 |
| Em Dath Rir | Black Metal, Noise | United States | 1 |
| Flaming Ouroboros | Black Metal | United States | 1 |
| Godflesh | Industrial Metal, Experimental Industrial | United Kingdom | 2 |
| Medieval Demon | Melodic Black Metal | Greece | 1 |
| Sannhet | Experimental Post-Metal/Rock | United States | 1 |
| Sargeist | Black Metal | Finland | 1 |

| Band | Genre | Country | # |
|---|---|---|---|
| Satanic Warmaster | Black Metal | Finland | 3 |
| Seclusion | Death/Doom Metal | United States | 1 |
| Time Crypt | Black/Death Metal | United States | 1 |

Showing 1 to 15 of 15 entries

1

Showing 1 to 73 of 73 entries

1

| Band | Album | Type | Year | Catalog | Format | Description |
|---|---|---|---|---|---|---|
| Akitsa | Akitsa / Prurient | Split | 2005 | HOS-133 | CD | Limited edition |
| Akitsa | Au crépuscule de l'espérance | Full-length | 2010 | HOS-268 | CD | |
| Akitsa | Goétie | Full-length | 2007 | HOS-163 | CD | Reissue |
| Akitsa | Sang nordique | Full-length | 2007 | HOS-164 | CD | Reissue |
| Akitsa | Grands tyrans | Full-length | 2015 | | Digital | |
| Akitsa | Grands tyrans | Full-length | 2015 | HOS-442 | Cassette | |
| Akitsa | Grands tyrans | Full-length | 2015 | HOS-442 | CD | Digipak |
| Akitsa | Goétie | Full-length | 2016 | HOS-408 | 2 12" vinyls | Limited edition, Reissue |
| Akitsa | Grands tyrans | Full-length | 2015 | HOS-442 | 12" vinyl | Limited edition |
| Akitsa | Credo | Full-length | 2018 | HOS-604 | Cassette | |
| Akitsa | Credo | Full-length | 2018 | HOS-604 | 12" vinyl | Limited edition, 2 colors |
| Akitsa | Totale servitude | Demo | 2019 | HOS–665 | 2 12" vinyls | Limited edition, 3 colors, Reissue |
| Akitsa | Goétie | Full-length | 2019 | HOS-408 | 2 12" vinyls | Limited edition, 3 colors, Reissue, Repress |
| Akitsa | Credo | Full-length | 2018 | HOS-604 | 12" vinyl | Limited edition, Picture disc |
| Akitsa | Grands tyrans | Full-length | 2015 | HOS-442 | 12" vinyl | Limited edition, Picture disc |
| Akitsa | Grands tyrans | Full-length | 2019 | HOS-442 | 12" vinyl | Limited edition, 3 colors, Reissue |
| Akitsa | Au crépuscule de l'espérance | Full-length | 2019 | HOS-662 | 2 12" vinyls | Limited edition, 3 colors, Reissue |
| Akitsa | La grande infamie | Full-length | 2019 | HOS-663 | 2 12" vinyls | Limited edition, 3 colors, Reissue |
| Akitsa | Sang nordique | Full-length | 2002 | HOS-664 | 2 12" vinyls | |
| Akitsa | Sang nordique | Full-length | 2019 | HOS-664 | 2 12" vinyls | Limited edition, 3 colors, Reissue |
| Akitsa | Au crépuscule de l'espérance | Full-length | 2010 | | Digital | Bandcamp |
| Akitsa | Devenir le diable | Full-length | 2023 | | Digital | |
| Akitsa | Devenir le diable | Full-length | 2024 | hos-878 | Vinyl | |
| Akitsa | Devenir le diable | Full-length | 2024 | hos-878 | CD | |
| Akitsa | Devenir le diable | Full-length | 2024 | hos-878 | Vinyl | Limited Edition, Picture Disc |
| Akitsa | Devenir le diable | Full-length | 2024 | | Cassette | |
| Akitsa | Devenir le diable | Full-length | 2024 | hos-878 | Vinyl | Limited Edition, Clear |

| Band | Album | Type | Year | Catalog | Format | Description |
|---|---|---|---|---|---|---|
| Ash Pool | Saturns Slave | EP | 2009 | HOS-229 | 7" vinyl | Limited edition, Blue transparent vinyl |
| Ash Pool | For Which He Plies the Lash | Full-length | 2010 | HOS-267 | CD | |
| Ash Pool | Together They Serve to Define the Process | Demo | 2011 | HOS-324 | Cassette | |
| Ash Pool | For Which He Plies the Lash | Full-length | 2010 | HOS-267 | 12" vinyl | |
| Ash Pool | Saturns Slave | EP | 2009 | HOS-229 | 7" vinyl | Clear vinyl |
| Ash Pool | For Which He Plies the Lash | Full-length | 2010 | HOS-267 | Cassette | |
| Autumn Heart | The Deaths of Summer | Full-length | 2019 | | Digital | Bandcamp |
| Blackdeath | Katharsis: Kalte Lieder aus der Hölle | Full-length | 2010 | HOS-288 | CD | |
| Blackdeath | Katharsis: Kalte Lieder aus der Hölle | Full-length | 2011 | HOS-288 | 12" vinyl | Limited edition |
| Blackdeath | Phantasmhassgorie | Full-length | 2019 | HOS-636 | Cassette | Limited edition |
| Bone Awl | ...So, I Must Take from the Earth | Demo | 2006 | HOS-145 | Cassette | Limited edition |
| Bone Awl | ...So, I Must Take from the Earth | Demo | 2006 | HOS-145 | 2 7" vinyls | |
| Circle of Ouroborus | Tree of Knowledge | Full-length | 2009 | HOS-241 | CD | |
| Circle of Ouroborus | Unituli: The Dream Fire | Full-length | 2011 | HOS-242 | 12" vinyl | Limited edition |
| Circle of Ouroborus | Tree of Knowledge | Full-length | 2009 | HOS-241 | 2 vinyls | Limited edition |
| Curved Blade | Be like Death | Demo | 2010 | HOS-290 | Cassette | Limited edition |
| Diapsiquir | Pacta Daemoniarum - Crasse | Compilation | 2009 | HOS 232 | 2CD | |
| Em Dath Rir | Em Dath Rir | Demo | 2003 | HOS-087 | Cassette | Limited edition |
| Flaming Ouroboros | The Tear | Demo | 2025 | | 12" vinyl | Limited edition |
| Godflesh | Post Self | Full-length | 2017 | HOS-588 | Cassette | |
| Godflesh | Post Self | Full-length | 2018 | HOS-588 | Cassette | |
| Malkuth | Mutus Liber | Full-length | 2007 | HOS-179 | 12" vinyl | Limited edition |
| Malkuth | Sefirah Gevurah | Full-length | 2009 | HOS-217 | CD | |
| Malkuth | Sefirah Gevurah | Full-length | 2009 | HOS-217 | 12" vinyl | |
| Medieval Demon | Medieval Necromancy | Full-length | 2019 | HOS-628 | Cassette | Limited edition |
| Raspberry Bulbs | Nature Tries Again | Full-length | 2011 | HOS-305 | 12" vinyl | Limited edition |
| Raspberry Bulbs | Nature Tries Again | Full-length | 2011 | HOS-305 | 12" vinyl | Special Edition |
| Raspberry Bulbs | The World Is Empty, the Heart Is Full | Full-length | 2023 | | Digital | Bandcamp |
| Raspberry Bulbs | The World Is Empty, the Heart Is Full | Full-length | 2023 | HOS-879 | 12" vinyl | |
| Raspberry Bulbs | The World Is Empty, the Heart Is Full | Full-length | 2023 | HOS-879 | 12" vinyl | Limited edition, Picture disc |
| Raspberry Bulbs | The World Is Empty, the Heart Is Full | Full-length | 2023 | HOS-879 | Cassette | Limited edition |
| Sannhet | Young Death | Compilation | 2016 | HOS-457 | 12" vinyl | Limited edition, 2 colors |

| Band | Album | Type | Year | Catalog | Format | Description |
|---|---|---|---|---|---|---|
| Sargeist | Lair of Necromancy | EP | 2011 | HOS-326 | 7" vinyl | Limited edition |
| Satanic Warmaster | Bloody Ritual | EP | 2012 | HOS-333 | 7" vinyl | Limited edition, Red vinyl |
| Satanic Warmaster | Bloody Ritual | EP | 2012 | HOS-333 | 7" vinyl | Limited Edition, Reissue |
| Satanic Warmaster | Bloody Ritual | EP | 2012 | HOS-333 | 7" vinyl | Limited Edition, Reissue, Test Pressing |
| Seclusion | Occultess Unknown | Demo | 2024 | HOS-805 | 12" vinyl | 2 variants, limited edition |
| Time Crypt | Cruel Science | Demo | 2010 | HOS-291 | Cassette | Limited edition |
| Torture Chain | The Ascent of Deimos | Full-length | 2019 | HOS-652 | Digital | |
| Torture Chain | The Ascent of Deimos | Full-length | 2019 | HOS-652 | 12" vinyl | Limited edition, 2 colors |
| Torture Chain | The Reign of Deimos | Full-length | 2023 | | Digital | |
| Vegas Martyrs | Prostitute at Babylon | EP | 2005 | HOS-104 | Cassette | Limited edition |
| Vegas Martyrs | The Female Mind - Raw 05 Demo | Demo | 2005 | HOS-128 | Cassette | Limited edition |
| Vegas Martyrs | Tiger Tongue Pussy Cactus - Terminal Fantasies for Malefic Youth | Split | 2007 | HOS-178 | 12" vinyl | Limited edition |
| Vegas Martyrs | Harlot Widow | EP | 2009 | HOS-265 | 2 cassettes | Limited edition |
| Vegas Martyrs | Vancouver Missing Women | Full-length | 2010 | HOS-289 | Cassette | Limited edition |

Showing 1 to 73 of 73 entries

## Description

Founded by Dominick Fernow, commonly known as Prurient.

Added by: (Unknown user)
Added on: N/A

Modified by: ordoad
Last modified on: 2021-06-22 15:54:51

Duplicate? Please file a report for merging.

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

Agencies App Directory Counties Events Programs Services